**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 342 WAL 2014
:
              Respondent      :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
        v.               :
:
:
:
JEROME ROBINSON,        :
:
              Petitioner      :


## ORDER


**PER CURIAM**

     **AND NOW**, this 21st day of October, 2014, the Petition for Allowance of Appeal is **DENIED**.